THE STATE ex rel. COLUMBIA BREWING AS-
SOCIATION et al. v. EBY, Judge.

In Banc, December 10, 1902.

Prohibition.

RULE MADE ABSOLUTE.

SHERWOOD, J.—In all essential features, this
cause is identical with that of State ex rel. Anheuser-
Busch Brewing Association v. Eby, Judge, page 497,
this volume. For like reasons as in that case, provis-
ional rule made absolute.

All concur as in the case just mentioned, which
this case follows.